UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JF ACQUISITION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 5:18-CV-123-BO** |
| | ) |
| ED PEDCHENKO and SOURCE NORTH | ) |
| AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion to dismiss [DE 14] is GRANTED. The Clerk is DIRECTED to enter judgment and close the case.

**This Judgment Filed and Entered on August 30, 2018, and Copies To:**

| | |
|---|---|
| Meredith A. Pinson | (via CM/ECF electronic notification) |
| Susan P. Dion | (via CM/ECF electronic notification) |
| Dale A. Curriden | (via CM/ECF electronic notification) |
| Thomas Charles Koessl | (via CM/ECF electronic notification) |
| David Matthew Wilkerson | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

August 30, 2018　　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk